1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   1700 South Pavilion Center Drive, Suite 500
3  Las Vegas, Nevada  89135
   E-mail: gmarina@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 778-9709
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8                    **UNITED STATES DISTRICT COURT**
                         **DISTRICT OF NEVADA**
9

10 YVETTE FREY,                          )  **Case No. 2:24-cv-00311-RFB-BNW**
                                          )
11              Plaintiff,                )
                                          )
12 vs.                                    )  **JOINT MOTION FOR EXTENSION OF**
                                          )  **TIME FOR DEFENDANT EQUIFAX**
13 TRANS UNION LLC; EXPERIAN              )  **INFORMATION SERVICES LLC TO**
   INFORMATION SOLUTIONS, INC. and        )  **FILE ANSWER**
14 EQUIFAX INFORMATION SERVICES, LLC,     )
                                          )  **FIRST REQUEST**
15              Defendants.               )
                                          )
16                                        )
                                          )
17

18
        Defendant Equifax Information Services LLC ("Equifax") has requested an extension of
19
   time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has
20
   no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED
21
   to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move
22
   or otherwise respond to the Complaint in this action is extended from March 8, 2024 through and
23
   including **April 8, 2024**. The request was made by Equifax so that it can have an opportunity to
24
   collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff
25
   approves. This stipulation is filed in good faith and not intended to cause delay.
26

27

28

1   Respectfully submitted, this 7th day of March, 2024.

3   CLARK HILL PLLC

*No opposition*

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

/s/ Gerardo Avalos
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
FREEDOM LAW GROUP
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Email: gavalos@freedomlegalteam.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:   3/8/2024

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 7th day of March, 2024, via CM/ECF, upon all counsel of record:

                                      By: /s/ Nicholas DiMattei, Jr.
                                         An employee of Clark Hill PLLC